IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| THOMAS M. LAMEDICA, * | |
| Plaintiff * | |
| vs. * | CASE NO. 3:09-CV-65 (CDL) |
| MICHAEL J. ASTRUE, Commissioner * of Social Security | |
| * | |
| Defendant | |
| * | |

ORDER ON RECOMMENDATION

The Recommendation by the United States Magistrate Judge filed August 12, 2010, has been read and considered. No substantive objections have been made to the report and, therefore, the Court reviews it for plain error. Finding no plain error, the Court adopts the Recommendation by the Magistrate Judge, and accordingly, orders that this case be remanded pursuant to Sentence Four for further administrative action consistent with the Recommendation by the Magistrate Judge.

IT IS SO ORDERED, this 8th day of September, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE